UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>MARK NORDLICHT, et al.,<br><br><br>　　　　　　　Defendants. | Case No.: 1:16-cr-00640-DLI<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE**<br><br>**[FOR ARRAIGNMENT PURPOSES ONLY]** |

To the Clerk of this Court and all parties of record:

　　Please enter my appearance as counsel in this case for Defendant David Levy.

　　I certify that I am admitted to practice in this Court.

| | |
|---|---|
| Dated: December 19, 2016<br>　　　　New York, New York | s/ Michael S. Sommer<br>Michael S. Sommer<br>WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>Email: msommer@wsgr.com<br><br>*Counsel for Defendant David Levy* |