AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| JOSEPH MANN | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**CR 16- 640**

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 19 2016 ★

BROOKLYN OFFICE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSEPH MANN,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Securities Fraud and Investment Adviser Fraud, in violation of Title 18, U.S.C., Section 371;
Conspiracy to Commit Wire Fraud, in violation of Title 18, U.S.C., Section 1349;
Securities Fraud, in violation of Title 15, U.S.C., Sections 78j(b), and 78ff, and Title 18, U.S.C., Section 2; and
Investment Adviser Fraud, in violation of Title 15, U.S.C., Sections 80b-6 and 80b-17, and Title 18, U.S.C., Section 2.

Date: 12/14/2016

*Issuing officer's signature*

City and state: Brooklyn, NY

The Honorable Viktor V. Pohorelsky
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/14/2016, and the person was arrested on *(date)* 12/19/2016
at *(city and state)* Brooklyn, New York.

Date: 12/19/2016

*Arresting officer's signature*

Craig Minsky Special Agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | **CR 16- 640** |
| URI LANDESMAN | ) | Case No. |
| | ) | |
| | ) | IN CLERK'S OFFICE |
| | ) | U.S. DISTRICT COURT E.D.N.Y. |
| Defendant | ) | ★ DEC 19 2016 ★ |

## ARREST WARRANT

BROOKLYN OFFICE

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   URI LANDESMAN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Securities Fraud and Investment Adviser Fraud, in violation of Title 18, U.S.C., Section 371;
Conspiracy to Commit Wire Fraud, in violation of Title 18, U.S.C., Section 1349;
Securities Fraud, in violation of Title 15, U.S.C., Sections 78j(b), and 78ff, and Title 18, U.S.C., Section 2; and
Investment Adviser Fraud, in violation of Title 15, U.S.C., Sections 80b-6 and 80b-17, and Title 18, U.S.C., Section 2.

Date: 12/14/2016

*Issuing officer's signature*

City and state:   Brooklyn, NY

The Honorable Viktor V. Pohorelsky
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/14/2016, and the person was arrested on *(date)* 12/19/2016
at *(city and state)* New Rochelle, New York.

Date: 12/19/2016

*Arresting officer's signature*

Craig Minsky   Special Agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>MARK NORDLICHT<br><br>_____<br>Defendant | )<br>)   **CR 16-    640**<br>)   Case No.<br>)<br>)<br>)<br>) |

**CR 16-    640**

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   DEC 19 2016   ★

BROOKLYN OFFICE

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MARK NORDLICHT                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Securities Fraud and Investment Adviser Fraud, in violation of Title 18, U.S.C., Section 371;
Conspiracy to Commit Wire Fraud, in violation of Title 18, U.S.C., Section 1349;
Securities Fraud, in violation of Title 15, U.S.C., Sections 78j(b), and 78ff, and Title 18, U.S.C., Section 2; and
Investment Adviser Fraud, in violation of Title 15, U.S.C., Sections 80b-6 and 80b-17, and Title 18, U.S.C., Section 2.

Date:   12/14/2016

_____
*Issuing officer's signature*

City and state:   Brooklyn, NY

The Honorable Viktor V. Pohorelsky
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/14/2016, and the person was arrested on *(date)* 12/19/2016
at *(city and state)* New Rochelle, New York.

Date: 12/19/2016

_____
*Arresting officer's signature*

Craig Minsky   Special Agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

United States of America
v.
DANIEL SMALL

*Defendant*

Case No. **CR 16- 640**

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 19 2016 ★

BROOKLYN OFFICE

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DANIEL SMALL,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Securities Fraud, in violation of Title 18, U.S.C., Section 371;
Conspiracy to Commit Wire Fraud, in violation of Title 18, U.S.C., Section 1349; and
Securities Fraud, in violation of Title 15, U.S.C., Sections 78j(b), and 78ff, and Title 18, U.S.C., Section 2.

Date:  12/14/2016

*Issuing officer's signature*

City and state:   Brooklyn, NY

The Honorable Viktor V. Pohorelsky
*Printed name and title*

### Return

This warrant was received on *(date)* 12/14/16, and the person was arrested on *(date)* 12/19/16
at *(city and state)* New York, New York.

Date: 12/19/16

*Arresting officer's signature*

Amber Jordan U.S. Postal Inspector
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

United States of America
v.
DAVID LEVY

Defendant

Case No. CR 16- 640

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 19 2016 ★
BROOKLYN OFFICE

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DAVID LEVY,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Securities Fraud and Investment Adviser Fraud, in violation of Title 18, U.S.C., Section 371;
Conspiracy to Commit Wire Fraud, in violation of Title 18, U.S.C., Section 1349;
Securities Fraud, in violation of Title 15, U.S.C., Sections 78j(b), and 78ff, and Title 18, U.S.C., Section 2; and
Investment Adviser Fraud, in violation of Title 15, U.S.C., Sections 80b-6 and 80b-17, and Title 18, U.S.C., Section 2.

Date: 12/14/2016

*Issuing officer's signature*

City and state: Brooklyn, NY

The Honorable Viktor V. Pohorelsky
*Printed name and title*

### Return

This warrant was received on *(date)* 12/4/16, and the person was arrested on *(date)* 12/19/16
at *(city and state)* New York, New York.

Date: 12/19/16

*Arresting officer's signature*

Amber Jordan, Postal Inspector
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

**CR 16- 640**

United States of America
v.
JOSEPH SANFILIPPO

Case No.

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 19 2016 ★
BROOKLYN OFFICE

Defendant

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSEPH SANFILIPPO,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Securities Fraud and Investment Adviser Fraud, in violation of Title 18, U.S.C., Section 371;
Conspiracy to Commit Wire Fraud, in violation of Title 18, U.S.C., Section 1349;
Securities Fraud, in violation of Title 15, U.S.C., Sections 78j(b), and 78ff, and Title 18, U.S.C., Section 2; and
Investment Adviser Fraud, in violation of Title 15, U.S.C., Sections 80b-6 and 80b-17, and Title 18, U.S.C., Section 2.

Date: 12/14/2016

*Issuing officer's signature*

City and state: Brooklyn, NY

The Honorable Viktor V. Pohorelsky
*Printed name and title*

### Return

This warrant was received on *(date)* 12/14/16, and the person was arrested on *(date)* 12/19/16
at *(city and state)* Freehold, New Jersey.

Date: 12/9/16

*Arresting officer's signature*

Anton Jordan W Postal Inspector
*Printed name and title*