# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE LOIS BLOOM              DATE : 12/19/16

DOCKET NUMBER: 16CR649 (DLI)              FTR #: 3:20 - 4:45

DEFENDANT'S NAME : MARK NORDLIGHT
✓ Present  ___ Not Present  ✓ Custody  ___ Bail

DEFENSE COUNSEL: Seth Brown + Shriram Harid
___ Federal Defender  ___ CJA  ✓ Retained

A.U.S.A: LAUREN ELBERT, Winston Paes     CLERK: SM YUEN
Alicyn Cooley, Sarah Evans
INTERPRETER : _____ (Language)

X   Defendant arraigned on the : X indictment ___ superseding indictment ___ probation violation

X   Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   X  Defendant's first appearance.

✓   Bond set at $5 million. Defendant ✓ released ___ held pending
✓   satisfaction of bond conditions. With $500,000 cash bail posted
___ Defendant advised of bond conditions set by the Court and signed the bond.

2   Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

X   Order of Excludable Delay/Speedy Trial entered.  Start 12/19/16   Stop 1/12/17

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

X   Status conference set for 1/12/17 @ 11am before Judge Irizarry

Other Rulings : _____