# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 19 2016 ★

BROOKLYN OFFICE

**United States of America**

-v-

MARK NORDLICHT et al.
**Defendant.**

**NOTICE OF APPEARANCE**

Docket Number: 16-640 cr (DLI)

Judge: Judge Ross Irizarry

Date: 12/19/2016

PLEASE NOTICE, that I have been RETAINED by MARK NORDLICHT the above named defendant. I was admitted to practice in this district on _____.

Signature: _____

Print Name: SHRIRAM HARID

Bar Code: _____

Office Address: 1095 AVENUE OF THE AMERICAS, NEW YORK, NY - 10019

Telephone #: 212-698-3867

*** NOTICE TO ATTORNEY ***

· **Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

**Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice. (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)