UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No.: 1:16-cr-00640-DLI |
| Plaintiff, | : | |
| | : | (ECF Case) |
| – against – | : | |
| | : | |
| MARK NORDLICHT, et al., | : | **NOTICE OF APPEARANCE** |
| | : | |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Andrew J. Levander, a member of Dechert LLP admitted to practice in this Court, enters an appearance as counsel for Mark Nordlicht in this action.

Dated: New York, New York         DECHERT LLP
       December 21, 2016

                                 By: */s/ Andrew J. Levander*
                                     Andrew J. Levander
                                     andrew.levander@dechert.com
                                     1095 Avenue of the Americas
                                     New York, New York 10036-6797
                                     Tel.: (212) 698-3683
                                     Fax: (212) 698-3843

                                 *Attorneys for Mark Nordlicht*