# FERTITTA REYNAL, L.L.P.

December 22, 2016

United States District Court
Eastern District of New York
Douglas C. Palmer
Clerk of Court

Re: ECF filing in 1:16-cr-00640-DLI ;USA v. Nordlicht et al Motion to Appear Pro Hac Vice

Please accept this letter acknowledging the filing of an incorrect document. Document number 15 in the above listed matter should include a notarized affidavit. However, the notary stamp did not scan in the original filing. I am attaching the notarized copy of the affidavit to support my Pro hac vice application.

Regards,

/s/ F. Andino Reynal