**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 19 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

United States of America

-v-

MARK NORDLICHT et al.
**Defendant.**

NOTICE OF APPEARANCE

Docket Number : 16 CR 640 (DLI)

Judge :

Date :

PLEASE NOTICE, that I have been RETAINED by _MARK NORDLICHT_ the above named defendant. I was admitted to practice in this district on _____.

Signature : _[signature] Jeff Brown_

Print Name : _JEFFREY ALAN BROWN_

Bar Code : _____

Office Address : _1095 Avenue of the Americas, New York, NY - 10019_

Telephone # : _____

*** NOTICE TO ATTORNEY ***

· **Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

**Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice. (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)