## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE LOIS BLOOM _____  DATE : 12/19/16 _____

DOCKET NUMBER:  16CR649 (DLI) _____  FTR # : 3:20 – 4:45

DEFENDANT'S NAME :  URI LANDESMAN
___ ✓ Present  ___ Not Present  ✓ Custody  ___ Bail

DEFENSE COUNSEL:  Joshua Klein
___ Federal Defender  ___ CJA  ✓ Retained

A.U.S.A:  LAUREN ELBERT , Winston Paes.  CLERK:  SM YUEN
Alicyn Cooley  Savah Evans
INTERPRETER : _____  (Language) _____

_X_  Defendant arraigned on the : _X_ indictment  ___ superseding indictment  ___ probation violation

_X_  Defendant pleads NOT GUILTY to ALL counts.

____  DETENTION HEARING Held.  _X_ Defendant's first appearance.

    _X_  Bond set at $ 2 million _____. Defendant _X_released ___ held pending
        satisfaction of bond conditions.  with $100,000 cash bail to be posted
    _X_  Defendant advised of bond conditions set by the Court and signed the bond.  by 12/21/16.

    ____  Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

    _2_  (Additional) surety/ies to co-sign bond by _12/21/16_____

    ____  After hearing, Court orders detention in custody.  ____ Leave to reopen granted

____  Temporary Order of Detention Issued.  Bail Hearing set for _____

____  At this time, defense counsel states on the record that the defendant does not have a bail
    application / package. Order of detention entered with leave to reapply to a Magistrate
    or to the District Court Judge to whom the case will be assigned.

_X_  Order of Excludable Delay/Speedy Trial entered. Start_12/19/16_ Stop _1/12/17_

____  Medical memo issued.

____  Defendant failed to appear, bench warrant issued.

_X_  Status conference set for _____ @ _____ before Judge Irizarry

Other Rulings : _____

_____
_____
_____
_____