# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

-v-

Uri Landesman

**Defendant.**

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 19 2016 ★

BROOKLYN OFFICE

**NOTICE OF APPEARANCE**

Docket Number :

Judge :

Date :

PLEASE NOTICE, that I have been RETAINED by __Uri Landesman (for arraignment)__ the above named defendant. I was admitted to practice in this district on _____.

**Signature :** _[signature]_

**Print Name :** Joshua Klein

**Bar Code :**

**Office Address :** Petillo Klein & Boxer
655 3rd Av, 22 Fl, NY, NY 10017

**Telephone # :** 212-370-0330

**\*\*\* NOTICE TO ATTORNEY\*\*\***

    \*\*Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

    \*\*Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice. (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)