## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE LOIS BLOOM                    DATE : 12/19/16

DOCKET NUMBER:  16CR649 (DLI)           FTR #: 3:20 - 4:45

DEFENDANT'S NAME :  JOSEPH SANFILIPPO   ✓
                    ✓ Present    ___ Not Present    ___ Custody    ___ Bail

DEFENSE COUNSEL:    Kevin O'Brien  ( for arraignment )
                    ___ Federal Defender    ___ CJA    ✓ Retained

A.U.S.A:  LAUREN ELBERT, Winston Paes, Alixyn Cooley, Sarah Evans    CLERK:  SM YUEN

INTERPRETER : _____ (Language)

X   Defendant arraigned on the :  X  indictment  ___ superseding indictment  ___ probation violation

X   Defendant pleads NOT GUILTY to ALL counts.

___   DETENTION HEARING Held.   X  Defendant's first appearance.

X   Bond set at  $2 million .  Defendant X released ___ held pending satisfaction of bond conditions.

X   Defendant advised of bond conditions set by the Court and signed the bond.

___   Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

_|_   (Additional) surety/ies to co-sign bond by  12/21/16

___   After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___   Temporary Order of Detention Issued.  Bail Hearing set for _____

___   At this time, defense counsel states on the record that the defendant does not have a bail application / package.  Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

X   Order of Excludable Delay/Speedy Trial entered. Start 12/19/16  Stop 1/12/17

___   Medical memo issued.

___   Defendant failed to appear, bench warrant issued.

X   Status conference set for _____ @ _____ before Judge Irizarry

Other Rulings : _____