**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

# UNITED STATES DISTRICT COURT ★ DEC 19 2016 ★

## EASTERN DISTRICT OF NEW YORK  BROOKLYN OFFICE

United States of America

### NOTICE OF APPEARANCE

-v-

*Joe San Filippo +*
*Joe Mann*

**Defendant.**

Docket Number : *16-Cr-640-DLI*

Judge :

Date :

PLEASE NOTICE, that I have been RETAINED by _*Joe San Filippo + Joe Mann*_

the above named defendant.   I was admitted to practice in this district on _*1980*_ .

Signature : _____

Print Name : _*Kevin J. O'Brien*_

Bar Code : _*6107*_

Office Address : _*Ford O'Brien, 85 Broad St*_
_*NY NY 10004*_

Telephone # : _*212-858-0040*_

## *** NOTICE TO ATTORNEY ***

**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

**Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice.  (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)