## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE LOIS BLOOM _____  DATE : 12/19/16 _____

DOCKET NUMBER:  16CR640 (DLI) _____  FTR #: 7:20 - 4:45

DEFENDANT'S NAME :  JOSEPH MANN _____
    ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL:  Kevin O'Brien (for arraignment)
    ___ Federal Defender    ___ CJA    ✓ Retained

A.U.S.A:  LAUREN ELBERT, Winston Paes, Alicyn Cooley, Sarah Evans    CLERK:  SM YUEN

INTERPRETER : _____ (Language) _____

__X__ Defendant arraigned on the : __X__ indictment  ___ superseding indictment  ___ probation violation

__X__ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held.  __X__ Defendant's first appearance.

  __X__ Bond set at __$1 million__. Defendant ___ released ___ held pending satisfaction of bond conditions.

  __X__ Defendant advised of bond conditions set by the Court and signed the bond.

  __2__ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

  ____ (Additional) surety/ies to co-sign bond by _____

  ____ After hearing, Court orders detention in custody.  ____ Leave to reopen granted

____ Temporary Order of Detention Issued.  Bail Hearing set for _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__X__ Order of Excludable Delay/Speedy Trial entered.  Start 12/19/16  Stop 1/12/17

____ Medical memo issued.

____ Defendant failed to appear, bench warrant issued.

__X__ Status conference set for  1/12/17  @ 11am  before Judge Irizarry

Other Rulings : _____