## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE LOIS BLOOM            DATE: 12/19/16

DOCKET NUMBER: 16CR640 (DLI)            FTR #: 3:20 –

DEFENDANT'S NAME: DANIEL SMALL
    ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL: Scott Klugman
    ___ Federal Defender    ___ CJA    ✓ Retained

A.U.S.A: LAUREN ELBERT  Winston Paes        CLERK: SM YUEN
INTERPRETER: Alicyn Cooley
                                    (Language)

**X**  Defendant arraigned on the: **X** indictment  ___ superseding indictment  ___ probation violation

**X**  Defendant pleads NOT GUILTY to ALL counts.

**X**  DETENTION HEARING Held.  **X** Defendant's first appearance.

  **X**  Bond set at $600,000. Defendant **X** released ___ held pending satisfaction of bond conditions.
  **X**  Defendant advised of bond conditions set by the Court and signed the bond.
  ___  Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  **2**  (Additional) surety/ies to co-sign bond by 12/21/16 in Georgia, 12/28/16 in CA.
  ___  After hearing, Court orders detention in custody. ___ Leave to reopen granted
  ___  Temporary Order of Detention Issued. Bail Hearing set for _____

___  At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

**X**  Order of Excludable Delay/Speedy Trial entered. Start 12/19/16 Stop 1/12/17

___  Medical memo issued.

___  Defendant failed to appear, bench warrant issued.

**X**  Status conference set for 1/12/17 @ 11 AM before Judge Irizarry

Other Rulings: _____