FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 19 2016 ★

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

United States of America

-v-

**Daniel Small**
Defendant.

**NOTICE OF APPEARANCE**

Docket Number: 16-CR-640 (DLI)

Judge: Irizarry

Date: 12/19/16

PLEASE NOTICE, that I have been RETAINED by **Daniel Small** the above named defendant. I was admitted to practice in this district on _____.

Signature: *Scott B.* _____

Print Name: Scott B. Klugman

Bar Code: _____

Office Address: 650 Fifth Avenue, 13th Floor
New York, NY 10019

Telephone #: (212) 223-4400

*** NOTICE TO ATTORNEY ***

   **Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

   **Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice. (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)