

IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 19 2016 ★

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

United States of America                NOTICE OF APPEARANCE

-v-                                     Docket Number: 16-CR-640

Daniel Small                            Judge: Irizarry
Defendant.                              Date: 12/17/2016


PLEASE NOTICE, that I have been RETAINED by  Daniel Small

the above named defendant.    I was admitted to practice in this district on _____.

Signature: _____

Print Name: David J Lizmi

Bar Code: _____

Office Address: 650 Fifth Ave

New York, NY 10019

Telephone #: 212-223-4400


*** NOTICE TO ATTORNEY***

   **Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

   **Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice. (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)