## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE  Lois Bloom          DATE: 12/20/16

DOCKET NUMBER: 16 CR 640 (DLI)   LOG #: 2:33 - 2:41

DEFENDANT'S NAME: Joseph Sanfilippo

_✓_ Present   ___ Not Present   ___ Custody   _✓_ Bail

DEFENSE COUNSEL: _____

___ Federal Defender   ___ CJA   ___ Retained

A.U.S.A: Winston Paes on phone     DEPUTY CLERK: S Mynen

INTERPRETER: _____ (Language) _____

____ Hearing held.  ____ Hearing adjourned to ____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

_2_ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond. **Maria + Paul Sanfilippo**

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered. Code Type ____ Start ____ Stop ____

____ Order of Speedy Trial entered. Code Type ____ Start ____ Stop ____

____ Defendant's first appearance.  ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS: Bond modified: deft is permitted to PA from 12/30/16 - 1/2/17.