UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-cr-00640-DLI |
| v. | |
| JOSEPH MANN, et al. | ECF Case |
| Defendants. | **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Benjamin S. Fischer, Esq., a member of this Court in good standing, respectfully enters his appearance as counsel for Defendant Joseph Mann, in the above-captioned action.

Dated: January 6, 2017
      New York, New York

Respectfully Submitted,

/s/ Benjamin S. Fischer
Benjamin S. Fischer
MORVILLO ABRAMOWITZ GRAND
 IASON & ANELLO P.C.
565 Fifth Avenue, 11th Floor
New York, New York  10017
Telephone:  212-856-9600
Facsimile:  (212) 856-9494
bfischer@maglaw.com

Attorneys for Defendant Joseph Mann