UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>MARK NORDLICHT, et al.,<br><br><br><br>                    Defendants. | Case No.: 1:16-cr-00640-DLI<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant David Levy.

    I certify that I am admitted to practice in this Court.

Dated:  January 9, 2017               s/ Morris J. Fodeman
          New York, New York          Morris J. Fodeman
                                        WILSON SONSINI GOODRICH & ROSATI
                                        PROFESSIONAL CORPORATION
                                        1301 Avenue of the Americas, 40th Floor
                                        New York, New York 10019
                                        Telephone:  (212) 999-5800
                                        Facsimile:  (212) 999-5899
                                        Email:  mfodeman@wsgr.com

                                        *Counsel for Defendant David Levy*