UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          -against-<br><br>MARK NORDLICHT, et al.,<br><br><br><br>                    Defendants. | Case No.: 1:16-cr-00640-DLI<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant David Levy.

    I certify that I am admitted to practice in this Court.

Dated:  January 11, 2017            s/ Monica Friedman
       New York, New York            Monica Friedman
                                                    WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation
                                                    1301 Avenue of the Americas, 40th Floor
                                                    New York, New York 10019
                                                    Telephone:  (212) 999-5800
                                                    Facsimile:  (212) 999-5899
                                                    Email:  mfriedman@wsgr.com

                                                    *Counsel for Defendant David Levy*