UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,

-- against --

MARK NORDLICHT,
DAVID LEVY,
URI LANDESMAN,
JOSEPH SANFILIPPO,
JOSEPH MANN,
DANIEL SMALL and
JEFFREY SHULSE,

Defendants.
-----------------------------------------------------

16-CR-0640 (DLI)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that I, Peter J. Sluka, hereby enter my appearance as counsel for Uri Landesman, a defendant in the above-captioned action. I am admitted to practice in the Eastern District of New York.

Dated: January 12, 2017
New York, New York

_____
Peter J. Sluka (PS-1449)

DE FEIS O'CONNELL & ROSE, P.C.
500 Fifth Ave., 26th Floor
New York, NY 10110
P: (212) 768-1000
F: (212) 768-3511