UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA,

— against —　　　　　　　　　　　　　　　16-CR-0640 (DLI)

MARK NORDLICHT,　　　　　　　　　　　　**NOTICE OF APPEARANCE**
DAVID LEVY,
URI LANDESMAN,
JOSEPH SANFILIPPO,
JOSEPH MANN,
DANIEL SMALL and
JEFFREY SHULSE,

　　　　　　　　Defendants.
---------------------------------------------------

**PLEASE TAKE NOTICE** that I, Philip C. Patterson, hereby enter my appearance as counsel for Uri Landesman, the defendant in the above-captioned action. I am admitted to practice in the Eastern District of New York.

Dated: January 12, 2017
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Philip C. Patterson (PP-9995)

　　　　　　　　　　　　　　　　　　　DE FEIS O'CONNELL & ROSE, P.C.
　　　　　　　　　　　　　　　　　　　500 Fifth Ave., 26th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10110
　　　　　　　　　　　　　　　　　　　P: (212) 768-1000
　　　　　　　　　　　　　　　　　　　F: (212) 768-3511