

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WMP/ALC/LHE/SME
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 12, 2017

**By Hand and ECF**

Seth L. Levine, Esq.
Levine Lee LLP
650 Fifth Avenue, 13th Floor
New York, New York 10019

> Re:     United States v. Daniel Small
>          Criminal Docket No. 16-637 (DLI)

Dear Mr. Levine:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  Specifically, enclosed are copies of the following documents: (i) a report and corresponding notes that contain a summary of the defendant's statements to the federal agents on June 8, 2016 (Bates stamped EDNY-PP-DS-000000001 to EDNY-PP-DS-000000017); and (ii) a report and corresponding notes that contains a summary of the defendant's statements to the government on June 21, 2016, and two related email exhibits (Bates stamped EDNY-PP-DS-000000018 to EDNY-PP-DS-000000061).

Very truly yours,

ROBERT L. CAPERS
United States Attorney
Eastern District of New York

By:          /s/
Winston M. Paes
Alicyn L. Cooley
Lauren H. Elbert
Sarah M. Evans
Assistant U.S. Attorneys
(718) 254-6023 (Paes)

Enclosures

cc:     Clerk of the Court (DLI) (by ECF) (w/o enclosures)