

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WMP/ALC/LHE/SME
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 12, 2017

**By Hand and ECF**

Kevin J. O'Brien, Esq.
Ford O'Brien LLP
85 Broad Street, 28th floor
New York, New York 10004

        Re:    United States v. Joseph SanFilippo
                 Criminal Docket No. 16-637 (DLI)

Dear Mr. O'Brien:

        Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Specifically, enclosed are copies of a report and corresponding notes that contain a summary of the defendant's statements to the government on July 12, 2016 (Bates stamped EDNY-PP-JSF-000000001 to EDNY-PP-JSF-000000047).

                                    Very truly yours,

                                    ROBERT L. CAPERS
                                    United States Attorney
                                    Eastern District of New York

                By:        /s/
                         Winston M. Paes
                         Alicyn L. Cooley
                         Lauren H. Elbert
                         Sarah M. Evans
                         Assistant U.S. Attorneys
                         (718) 254-6023 (Paes)

Enclosures

cc:    Clerk of the Court (DLI) (by ECF) (w/o enclosures)