

U.S. Department of Justice

United States Attorney
Eastern District of New York

WMP/ALC/LHE/SME
F. #2016R00505

271 Cadman Plaza East
Brooklyn, New York 11201

January 12, 2017

**By Hand and ECF**

F. Andino Reynal, Esq.
Fertitta Reynal LLP
The Esperson Building
808 Travis, Suite 1005
Houston, Texas 77002

      Re:    United States v. Jeffrey Shulse
               Criminal Docket No. 16-637 (DLI)

Dear Mr. Reynal:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Specifically, enclosed are copies of the following documents: (i) a report and corresponding notes that contain a summary of the defendant's statements to the government on June 20, 2016 (Bates stamped EDNY-PP-JS-0000000001 to EDNY-PP-JS-0000000024); and (ii) a report and corresponding notes that contain a summary of the defendant's statements to the government on July 26, 2016 (Bates stamped EDNY-PP-JS-0000000025 to EDNY-PP-JS-000000094).

                    Very truly yours,

                    ROBERT L. CAPERS
                    United States Attorney
                    Eastern District of New York

By:        /s/
            Winston M. Paes
            Alicyn L. Cooley
            Lauren H. Elbert
            Sarah M. Evans
            Assistant U.S. Attorneys
            (718) 254-6023 (Paes)

Enclosures

cc:    Clerk of the Court (DLI) (by ECF) (w/o enclosures)