## DE FEIS O'CONNELL & ROSE, P.C.
ATTORNEYS AT LAW
500 FIFTH AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10110
www.dorlaw.com

NICHOLAS M. DE FEIS
GREGORY J. O'CONNELL
CHARLES E. ROSE (1947-1998)

ANDREW J. MALONEY
OF COUNSEL

TELEPHONE (212) 768-1000
TELECOPIER (212) 768-3511

January 18, 2017

**VIA ECF**
The Honorable Dora L. Irizarry
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Mark Nordlicht, et al.*, **No. 1:16-cr-00640-DLI**

Dear Chief Judge Irizarry:

     We represent defendant Uri Landesman in the above-captioned matter.  By unopposed letter motion dated January 13, Mr. Landesman sought to modify his release conditions (Dkt. 64), which Your Honor denied without prejudice on January 17.  Mr. Landesman intends to renew and amend his letter motion to explain the basis for the request.

     Pursuant to Paragraph I(G) of Your Honor's Individual Rules, Mr. Landesman respectfully seeks leave to file the renewed letter motion under seal in hard copy.  The reason for this request is that the renewed motion contains extensive personal information about Mr. Landesman's medical status.  The government does not oppose this request to file under seal.

     Should the Court grant leave to file under seal, Mr. Landesman will provide the required form to the Clerk's Office in accordance with Administrative Order No. 2004-05.  Thank you in advance for your consideration.

Respectfully submitted,

Vera M. Kachnowski (VK-0904)
DE FEIS O'CONNELL & ROSE, P.C.
500 Fifth Ave., 26th Floor
New York, NY 10110
P: (212) 768-1000
F: (212) 768-3511
vmk@dorlaw.com

cc: All counsel of record via ECF