# LEVINE LEE LLP

## NEW YORK

650 Fifth Avenue
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

January 19, 2017

**VIA ECF AND FED-EX**
The Honorable Dora L. Irizarry
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**    *United States v. Daniel Small, et al.,* No. 1:16-cr-00640-DLI

Dear Chief Judge Irizarry:

      We represent defendant Daniel Small in the above-captioned matter.

      We write to respectfully request that Mr. Small's travel restrictions be modified from February 2 to February 7, 2017, to allow Mr. Small to travel to Florida to visit family, including an ill relative. The Government consents and Mr. Small's pretrial services officer has no objection to this request.

      We thank the Court for its consideration of this request.

      Respectfully submitted,

      s/ Seth L. Levine
      Seth L. Levine

cc:    Winston Paes; Alicyn Cooley; Lauren Elbert; Sarah Evans, Assistant U.S. Attorneys (via ECF)
      Amanda Sanchez, U.S. Pretrial Services Officer (via email)