F. #2016R00505

**Courtesy Copy**
Original Filed Electronically (by ECF)
Assigned Document Number 75-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MARK NORDLICHT, et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - -X

STIPULATION AND ORDER

16 CR 640 (DLI)

WHEREAS, the discovery materials to be provided by the government in the above-captioned case (hereinafter, the "Discovery Materials") contain in certain instances personal financial information and personally identifiable information regarding various individuals, specifically, bank account numbers, addresses, social security numbers and dates of birth (hereinafter "PII"),

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that:

1. Discovery Materials *not* containing PII can be used by the defendants and their counsel, experts, investigators, witnesses and potential witnesses and their counsel, and vendors in this matter for purposes of trial preparation, trial, and any related proceedings, including appellate matters, arising from the above-referenced matter.

2. Discovery Materials containing PII may only be disclosed as follows:

    a. To the parties, their counsel, and their respective experts, investigators and vendors; and

   b. To witnesses and potential witnesses, but only if the PII has first been redacted from the Discovery Materials;

3. If any party hereto wishes to use Discovery Materials containing unredacted PII with any witness or potential witness, or to make further disclosure or dissemination of the Discovery Materials containing unredacted PII, the party must first make *ex parte* application to the Court explaining the basis for the disclosure of PII, and may make such disclosure only after such application is granted by the Court.

4. In the event any party seeks to use Discovery Material containing unredacted PII in a filing with the Court or during a court proceeding, such party will comply with Rule 49.1(a) of the Federal Rules of Criminal Procedure, will ensure that court transcripts are appropriately redacted to protect PII, and will seek permission from the Court before any such Discovery Material with unredacted PII is publicly filed.

5. Within 30 days of the conclusion of the above-referenced matter and any other matter arising out of the facts encompassed by this matter, the defendants and their defense counsel will return to the government or destroy all copies of the Discovery Materials provided by the government through discovery in this case.

6. Nothwithstanding anything above, nothing in this order shall operate to prevent a defendant or his counsel from using or sharing information or documents that any defendant obtained or obtains from sources other than the government, even if that information or those documents are duplicative of the Discovery Materials and/or contain PII.

7. Any violation of this Stipulation and Order may be raised with the Court, and appropriate sanctions may be sought and imposed.

Dated: Brooklyn, New York
       January 12, 2017

                                          ROBERT L. CAPERS
                                          United States Attorney
                                          Eastern District of New York

By: _____
     Winston M. Paes
     Alicyn L. Cooley
     Lauren H. Elbert
     Sarah M. Evans
     Assistant U.S. Attorneys

_____      _____
Mark Nordlicht                      David Levy
Defendant                             Defendant

_____      _____
Andrew J. Levander, Esq.          Michael S. Sommer, Esq.
Attorney for Nordlicht             Attorney for Levy

_____      _____
Uri Landesman                      Joseph SanFilippo
Defendant                             Defendant

_____      _____
Gregory J. O'Connell, Esq.         Kevin O'Brien, Esq.
Attorney for Landesman           Attorney for SanFilippo

_____      _____
Joseph Mann                        Daniel Small
Defendant                             Defendant

_____      _____
Jonathan S. Sack, Esq.             Seth L. Levine, Esq.
Attorney for Mann                  Attorney for Small

Dated: Brooklyn, New York
January 12, 2017

                              ROBERT L. CAPERS
                              United States Attorney
                              Eastern District of New York

By: _____
     Winston M. Paes
     Alicyn L. Cooley
     Lauren H. Elbert
     Sarah M. Evans
     Assistant U.S. Attorneys

_____
Mark Nordlicht
Defendant

_____
David Levy
Defendant

_____
Andrew J. Levander, Esq.
Attorney for Nordlicht

_____
Michael S. Sommer, Esq.
Attorney for Levy

_____
Uri Landesman
Defendant

/s/ Joseph SanFilippo
_____
Joseph SanFilippo
Defendant

_____
Gregory J. O'Connell, Esq.
Attorney for Landesman

/s/ Kevin O'Brien
_____
Kevin O'Brien, Esq.
Attorney for SanFilippo

_____
Joseph Mann
Defendant

_____
Daniel Small
Defendant

_____
Jonathan S. Sack, Esq.
Attorney for Mann

_____
Seth L. Levine, Esq.
Attorney for Small

3

Dated: Brooklyn, New York
       January 12, 2017

                          ROBERT L. CAPERS
                          United States Attorney
                          Eastern District of New York

By: _____
        Winston M. Paes
        Alicyn L. Cooley
        Lauren H. Elbert
        Sarah M. Evans
        Assistant U.S. Attorneys

| | |
|---|---|
| _____<br>Mark Nordlicht<br>Defendant | _____<br>David Levy<br>Defendant |
| _____<br>Andrew J. Levander, Esq.<br>Attorney for Nordlicht | _____<br>Michael S. Sommer, Esq.<br>Attorney for Levy |
| _____<br>Uri Landesman<br>Defendant | _____<br>Joseph SanFilippo<br>Defendant |
| _____<br>Gregory J. O'Connell, Esq.<br>Attorney for Landesman | _____<br>Kevin O'Brien, Esq.<br>Attorney for SanFilippo |
| *[signature]*<br>Joseph Mann<br>Defendant | _____<br>Daniel Small<br>Defendant |
| *[signature]* 1/17/2017<br>Jonathan S. Sack, Esq. /Benjamin Fischer<br>Attorney for Mann | _____<br>Seth L. Levine, Esq.<br>Attorney for Small |

3

Dated: Brooklyn, New York
January 12, 2017

                                        ROBERT L. CAPERS
                                        United States Attorney
                                        Eastern District of New York

                            By: _____
                                        Winston M. Paes
                                        Alicyn L. Cooley
                                        Lauren H. Elbert
                                        Sarah M. Evans
                                        Assistant U.S. Attorneys

| _____ | _____ |
| --- | --- |
| Mark Nordlicht<br>Defendant | David Levy<br>Defendant |
| _____ | _____ |
| Andrew J. Levander, Esq.<br>Attorney for Nordlicht | Michael S. Sommer, Esq.<br>Attorney for Levy |
| _____ | _____ |
| Uri Landesman<br>Defendant | Joseph SanFilippo<br>Defendant |
| _____ | _____ |
| Gregory J. O'Connell, Esq.<br>Attorney for Landesman | Kevin O'Brien, Esq.<br>Attorney for SanFilippo |
| _____ | _____/s/_____ |
| Joseph Mann<br>Defendant | Daniel Small<br>Defendant |
| _____ | _____/s/_____ |
| Jonathan S. Sack, Esq.<br>Attorney for Mann | Seth L. Levine, Esq.<br>Attorney for Small |

_____
Jeffrey Shulse
Defendant

_____
F. Andino Reynal, Esq.
Attorney for Shulse

So Ordered. Dated: Brooklyn, NY
January 23, 2017

S/ Dora L. Irizarry
_____
THE HONORABLE DORA L. IRIZARRY
CHIEF UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

4