UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                              :

UNITED STATES OF AMERICA,            :    No. 16-cr-640 (DLI)

                  - v. -                                 :

MARK NORDLICHT, DAVID LEVY, URI    :    **NOTICE OF APPEARANCE**
LANDESMAN, JOSEPH SANFILIPPO, JOSEPH  :
MANN, DANIEL SMALL, and JEFFREY      :
SHULSE,                                                      :

                            Defendants.        :
---------------------------------------------------------------X

        PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Michael D. Mann, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Defendant Jeffrey Shulse. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices, and other court documents in this proceeding to the undersigned counsel.

                                                     Respectfully submitted,

Dated: New York, New York           SIDLEY AUSTIN LLP
         January 23, 2017

                                                     By:    /s/ Michael D. Mann
                                                          Michael D. Mann
                                                          (mdmann@sidley.com)
                                                           787 Seventh Avenue
                                                            New York, New York 10019
                                                           Telephone: (212) 839-5837
                                                           Facsimile: (212) 839-5599

                                                     *Attorneys for Defendant Jeffrey Shulse*