UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :  No. 16-cr-640 (DLI)
                                                                 :
                - v. -                                          :
                                                                 :
MARK NORDLICHT, DAVID LEVY, URI                                  :  **NOTICE OF APPEARANCE**
LANDESMAN, JOSEPH SANFILIPPO, JOSEPH                             :
MANN, DANIEL SMALL, and JEFFREY                                  :
SHULSE,                                                          :
                                                                 :
                              Defendants.         :
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Sonia Marquez, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Defendant Jeffrey Shulse. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices, and other court documents in this proceeding to the undersigned counsel.

                                                  Respectfully submitted,

Dated: New York, New York         SIDLEY AUSTIN LLP
       January 23, 2017

                                         By:    /s/ Sonia Marquez
                                             Sonia Marquez
                                             (smarquez@sidley.com)
                                             787 Seventh Avenue
                                             New York, New York 10019
                                             Telephone: (212) 839-6064
                                             Facsimile: (212) 839-5599

                                             *Attorneys for Defendant Jeffrey Shulse*