UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                                :
UNITED STATES OF AMERICA,              : No. 16-cr-640 (DLI)
                                                                :
         - v. -                                             :
                                                                :
MARK NORDLICHT, DAVID LEVY, URI        : **NOTICE OF APPEARANCE**
LANDESMAN, JOSEPH SANFILIPPO, JOSEPH :
MANN, DANIEL SMALL, and JEFFREY        :
SHULSE,                                                 :
                                                                :
                      Defendants.             :
----------------------------------------------------------------X

     PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by David M. Rody, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Defendant Jeffrey Shulse. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices, and other court documents in this proceeding to the undersigned counsel.

                                  Respectfully submitted,

Dated: New York, New York       SIDLEY AUSTIN LLP
       January 24, 2017

                                  By:   /s/ David M. Rody
                                      David M. Rody
                                      (drody@sidley.com)
                                      787 Seventh Avenue
                                      New York, New York 10019
                                      Telephone: (212) 839-5951
                                      Facsimile: (212) 839-5599

                                *Attorneys for Defendant Jeffrey Shulse*