UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA    Plaintiff.

Case No. 16 CR 640 (DLI)

-against-

JOSEPH SANFILIPPO    Defendant.

---

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Stuart J. Grossman**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is 1484559

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Grossman & Rinaldo
             FIRM ADDRESS: 108-18 Queens Boulevard, Forest Hills, NY 11375
             FIRM TELEPHONE NUMBER: 718 520-8722
             FIRM FAX NUMBER: 718 793-0894

NEW FIRM:    FIRM NAME: Law Office of Stuart J. Grossman c/o Trans World Excess
             FIRM ADDRESS: 108-18 Queens Blvd., 8th Fl., Forest Hills, NY 11375
             FIRM TELEPHONE NUMBER: 516 674-8057
             FIRM FAX NUMBER: 516 801-4634 email StuartJGrossman@aol.com

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: January 28, 2017

_____
ATTORNEY'S SIGNATURE