

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
PHONE 212.999.5800
FAX 212.999.5899
www.wsgr.com

February 7, 2017

**VIA CM/ECF**

The Honorable Dora L. Irizarry
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-DLI

Dear Chief Judge Irizarry,

    We represent defendant David Levy in connection with the above-referenced matter. We respectfully request that Mr. Levy's bond be modified to permit him to attend a Shiva service tomorrow, February 8, or Thursday, February 9, 2017. We apologize for the unavoidable short notice of the request.

    Among the conditions of his bond, Mr. Levy may not have contact or communicate with Platinum Fund investors. Sadly, Sol Englander, a close family friend for many years, very recently passed away. Mr. Levy wishes to attend the Shiva service to pay his respects to Mr. Englander's widow, Trudie, and the Englander family. Because Mr. and Ms. Englander were Platinum Fund investors, we respectfully request that Mr. Levy's bond be modified to permit him to attend the service. Should the Court grant his request, Mr. Levy will of course commit to not discuss the pending case with anyone in attendance, including Ms. Englander.

    We have discussed this request with Pretrial Services who has no objection to Mr. Levy's attendance at the Shiva service so long as he does not discuss the case and otherwise abides by the conditions of his bond. We have also raised the request with the government, and it "takes no position."

    Thank you for your consideration.

                        Respectfully submitted,

                        WILSON SONSINI GOODRICH & ROSATI
                        Professional Corporation

                        s/ Morris J. Fodeman
                        Morris J. Fodeman

cc: Counsel of Record (via CM/ECF)