UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

                                                AFFIDAVIT OF _____
                                                IN SUPPORT OF MOTION TO
                                                ADMIT COUNSEL *PRO HAC VICE*
                                                _____

-------------------------------------------------------X

State of New York
County of Kings

_____, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of _____.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of_____.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]_____

_____

_____

_____

6. I [circle one] **have** or **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]_____

_____

_____

_____

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant _____.

Dated: _____  _____

NOTARIZED

Signature of Movant
Firm Name_____
Address_____
_____
Email_____
Phone_____