# LEVINE LEE LLP

## NEW YORK

650 Fifth Avenue
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

February 8, 2017

**VIA ECF AND FEDEX**
The Honorable Dora L. Irizarry
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    *United States v. Daniel Small, et al.,* No. 1:16-cr-00640-DLI

Dear Chief Judge Irizarry:

    We represent Defendant Daniel Small in the above-captioned matter.

    We write to respectfully request that Mr. Small's travel restrictions be modified during the period of February 21 to February 24, 2017, to allow Mr. Small to accompany his daughter on college visitations. Mr. Small hereby requests permission to travel to Binghamton, New York, as well as to Louisiana and Massachusetts. The Government and Mr. Small's Pretrial Services Officer have no objections to this request.

    We thank the Court for its consideration of this request.

                                       Respectfully submitted,

                                       <u>s/ Seth L. Levine</u>
                                       Seth L. Levine
                                       David J. Lizmi

cc:      Winston Paes; Alicyn Cooley; Lauren Elbert; Sarah Evans, Assistant U.S. Attorneys (via ECF)
           Amanda Sanchez, U.S. Pretrial Services Officer (via email)