

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WMP/ALC/LHE/SME
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 24, 2017

**By ECF and Email**

William A. Burck, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW, 11th Floor
Washington, D.C. 20001

Michael S. Sommer, Esq.
Wilson Sonsini Goodrich & Rosati P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

Gregory J. O'Connell, Esq.
De Feis O'Connell & Rose, P.C.
500 Fifth Avenue, Suite 2630
New York, New York 10110

Kevin J. O'Brien, Esq.
Ford O'Brien LLP
85 Broad Street, 28th floor
New York, New York 10004

Jonathan S. Sack, Esq.
Morvillo, Abramowitz, Grand, Iason & Silberberg P.C.
565 Fifth Avenue
New York, New York 10017

Seth L. Levine, Esq.
Levine Lee LLP
650 Fifth Avenue, 13th Floor
New York, New York 10019

Michael D. Mann, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

Re: United States v. Mark Nordlicht, et al.
Criminal Docket No. 16-640 (DLI)

Dear Counsel:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure supplements the government's earlier disclosures by letters dated January 23, 2017, January 26, 2017 and February 14, 2017. The government again requests reciprocal discovery from the defendants.

The government has made available at First Choice Copy ("First Choice"), for reproduction to the defendants, emails and other documents pertaining to the following

Defense Counsel
February 24, 2017
Page 2

custodians that were recovered through the search executed at the offices of Platinum Partners on June 22, 2016:

- David Levy: EDNY-PP-SW1-004081889 - EDNY-PP-SW1-004765616;

- Mark Nordlicht: EDNY-PP-SW1-004765617 - EDNY-PP-SW1-005117485; and

- David Levy: EDNY-PP-SW1-005117486 - EDNY-PP-SW1-006453865.

You may obtain copies of the materials listed above by contacting Joseph Meisner at First Choice at 718-381-1480, extension 212, and referencing the print order number provided by email. First Choice is located at 52-08 Grand Avenue, Maspeth, New York 11378.

Very truly yours,

ROBERT L. CAPERS
United States Attorney
Eastern District of New York

By:      /s/
Winston M. Paes
Alicyn L. Cooley
Lauren H. Elbert
Sarah M. Evans
Assistant U.S. Attorneys
(718) 254-6023 (Paes)

cc: Clerk of the Court (DLI) (by ECF) (w/o enclosures)