UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>MARK NORDLICHT,<br>DAVID LEVY,<br>URI LANDESMAN,<br>JOSEPH SANFILIPPO,<br>JOSEPH MANN,<br>DANIEL SMALL, and<br>JEFFREY SHULSE,<br><br>             Defendants. | No. 16-cr-640 (DLI)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that William A. Burck of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 777 6th St NW, Washington, DC, 20001, hereby appears on behalf of Defendant Mark Nordlicht.

I hereby certify that I am admitted to practice in the Eastern District of New York.

| | |
|---|---|
| Dated:  Washington, D.C.<br>         February 27, 2017 | Respectfully Submitted,<br><br>/s/ William A. Burck<br>William A. Burck<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>777 6th Street NW, 11th floor<br>Washington, DC 20001<br>Tel:  202-538-8000<br>Fax: 202-538-8100<br>williamburck@quinnemanuel.com<br><br>*Attorneys for Defendant Mark Nordlicht* |