UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>MARK NORDLICHT,<br>DAVID LEVY,<br>URI LANDESMAN,<br>JOSEPH SANFILIPPO,<br>JOSEPH MANN,<br>DANIEL SMALL, and<br>JEFFREY SHULSE,<br><br>      Defendants. | No. 16-cr-640 (DLI)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Daniel R. Koffmann of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Defendant Mark Nordlicht.

I hereby certify that I am admitted to practice in the Eastern District of New York.

| | |
|---|---|
| Dated: New York, NY<br>         February 27, 2017 | Respectfully Submitted,<br><br>/s/ Daniel R. Koffmann<br>Daniel R. Koffmann<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: 212-849-7000<br>Fax: 212-849-7100<br>danielkoffmann@quinnemanuel.com<br><br>*Attorneys for Defendant Mark Nordlicht* |