**quinn emanuel** trial lawyers | washington, dc

777 Sixth Street NW, 11th Floor, Washington, District of Columbia 20001-3706 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8120**

WRITER'S EMAIL ADDRESS
**williamburck@quinnemanuel.com**

April 10, 2017

<u>VIA ECF</u>

The Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>United States v. Nordlicht, et al., 16-cr-640 (DLI)</u>

Dear Chief Judge Irizarry:

  We write on behalf of Defendant Mark Nordlicht pursuant to the Court's order this afternoon that Mr. Nordlicht file a supplemental letter by April 12, 2017 regarding potential leaks of confidential grand jury information.

  With the commencement of the Passover holiday this evening, we respectfully request a short extension of time to file the supplemental letter. Because Mr. Nordlicht and some members of his defense team are observant Orthodox Jews, our client cannot communicate with us, nor can the observant lawyers working on this matter, in the time allotted consistent with their religious obligations. Indeed, Mr. Nordlicht and these lawyers will not be able to work or to access any electronic devices whatsoever for the next two days consistent with those obligations.

  Accordingly, Mr. Nordlicht requests a two-day extension, making the letter due on Friday, April 14, 2017, with equal two-day extensions to the deadlines for further letters on this issue. This is the first request for an extension regarding the supplemental letter. We have conferred with counsel for the government, who have indicated they have no objection to the extensions to the deadlines.

Respectfully submitted,

/s/ William A. Burck
William A. Burck

cc: All counsel of record

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH