## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bfischer@maglaw.com
(212) 880-9585

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
DANIEL F. WACHTELL

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

April 18, 2017

**VIA CM/ECF**

The Honorable Dora L. Irizarry
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   *United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-DLI

Dear Chief Judge Irizarry:

We represent defendant Joseph Mann in the above-referenced case.  On behalf of Mr. Mann, we write in advance of the Show Cause hearing scheduled by the Court for May 12, 2017, to join in the motion made by defendant Mark Nordlicht regarding improper leaks of grand jury information in violation of Fed. R. Crim. P. 6(e).  *See* Docket Nos. 107 & 112.  We join in the motion of Mr. Nordlicht in full, including his requests for prompt and complete pre-hearing discovery from the government of all information in its possession, custody or control concerning these grand jury leaks.

Respectfully submitted,

/s/

Benjamin S. Fischer

cc:   All Counsel of Record (Via CM/ECF)