# DE FEIS O'CONNELL & ROSE, P.C.
ATTORNEYS AT LAW
500 FIFTH AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10110
www.dorlaw.com

NICHOLAS M. DE FEIS
GREGORY J. O'CONNELL
CHARLES E. ROSE (1947-1998)

ANDREW J. MALONEY
OF COUNSEL

TELEPHONE (212) 768-1000
TELECOPIER (212) 768-3511

April 20, 2017

**VIA CM/ECF**
The Honorable Dora L. Irizarry
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-DLI

Dear Chief Judge Irizarry:

    We represent defendant Uri Landesman in the above-captioned matter. On behalf of Mr. Landesman, we write to join in the motion made by defendant Mark Nordlicht regarding improper leaks of grand jury information in violation of Federal Rule of Criminal Procedure 6(e). *See* Docket Nos. 107 & 112. We join in the motion of Mr. Nordlicht in full, including his request for prompt and complete discovery from the government of all information in its possession, custody, or control concerning these grand jury leaks.

                                        Respectfully submitted,

                                        Gregory J. O'Connell

cc:    All Counsel of Record (Via ECF)