

April 20, 2017

**VIA CM/ECF**
The Honorable Dora L. Irizarry
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Mark Nordlicht, et al., No. 1:16-cr-00640-DLI

Dear Chief Judge Irizarry:

  We represent defendant Joseph SanFilippo in the above-referenced case. On behalf of Mr. SanFilippo we join in the application submitted by defendant Mark Nordlicht to this Court on April 7, 2017, supplemented on April 14, 2017, regarding potential leaks of confidential grand jury information in violation of Fed. R. Crim. P. 6(e), for all of the reasons stated therein.

  Thank you for your attention to this matter.

            Respectfully Submitted,

            Kevin J. O'Brien

cc: All Counsel of Record (Via CM/ECF)