Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
PHONE 212.999.5800
FAX 212.999.5899
www.wsgr.com

April 20, 2017

<u>VIA CM/ECF</u>

The Honorable Dora L. Irizarry
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-DLI

Dear Chief Judge Irizarry:

We represent defendant David Levy in connection with the above-referenced matter.

We write to join in the motion of defendant Mark Nordlicht regarding potential leaks of confidential grand jury information in violation of Fed. R. Crim. P. 6(e), in advance of the Show Cause hearing scheduled for May 12, 2017. *See* Docket Nos. 107 & 112. We join in the motion of Mr. Nordlicht in full, including the request for complete pre-hearing discovery from the government of all information in its possession, custody or control concerning the grand jury leaks raised in Mr. Nordlicht's motion.

        Respectfully submitted,

        WILSON SONSINI GOODRICH & ROSATI
        Professional Corporation


        <u>s/ Morris J. Fodeman</u>
        Morris J. Fodeman
        Michael S. Sommer


Cc: All Counsel of Record (via CM/ECF)

AUSTIN   BEIJING   BOSTON   BRUSSELS   HONG KONG   LOS ANGELES   NEW YORK   PALO ALTO
SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, DC   WILMINGTON, DE