

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMK:ALC
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 25, 2017

BY HAND DELIVERY AND ECF

The Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Mark Nordlicht, et al.
               Criminal Docket No. 16-640 (DLI)

Dear Chief Judge Irizarry:

      The government respectfully submits this letter to request the Court's permission to exceed the 25-page limit with respect to its forthcoming memorandum in opposition to the motion of certain defendants filed on April 7, 2017, and supplemented on April 14, 2017, in the above-captioned case. See ECF Nos. 107 & 112; see also ECF Nos. 113 & 115-17. The government's memorandum, which will be filed tomorrow, is approximately 40 pages in length, double-spaced.

                                      Respectfully submitted,

                                      BRIDGET M. ROHDE
                                      Acting United States Attorney

                       By:    /s/ Alicyn L. Cooley
                                      Alicyn L. Cooley
                                      Lauren Howard Elbert
                                      Sarah M. Evans
                                      Assistant U.S. Attorneys
                                      (718) 254-6389 (Cooley)

cc:    Clerk of the Court (DLI) (by ECF)
       Defense counsel (by ECF)