**From:**
**Sent:** 6/22/2016 2:56:52 PM +0000
**To:** Mark Nordlicht
**Subject:** Re: Platinum closing?

Zeke Faux from bloomberg tells me he was just at your offices and "saw them" and said he "knows it's true". What exactly I'm not sure. No one should let a reporter i to the office or talk to the media until we know the facts

O.
C.

**New York | London**

On Jun 22, 2016, at 4:28 PM, Mark Nordlicht < > wrote:

> Hold on... finding out now whats happening. I am not in office
>
> **From:**
> **Sent:** Wednesday, June 22, 2016 10:28 AM
> **To:** Mark Nordlicht
> **Subject:** Re: Platinum closing?
>
> To confirm we have been served by the SD, correct? Were any files taken? Can you send me the subpoena please and does Gregg D know this yet? Send all media to me. I will prepare a draft statement for review.
>
> O.
> C.
>
> **New York | London**
>
> On Jun 22, 2016, at 4:21 PM, Mark Nordlicht < > wrote:
>
>> Not aware anyone showed up today but heard they came yesterday to serve subpoena related to. Southern district case and murray.
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** "Zeke Faux (BLOOMBERG/ NEWSROOM:)"
>>> **Date:** 22 June 2016 at 10:17:28 AM GMT-4
>>> **To:** Mark Nordlicht < >
>>> **Subject: RE: Platinum closing?**
>>> **Reply-To:** Zeke Faux
>>>
>>> Was the FBI at platinum today
>>> Hearing they were
>>> What did they take what are they looking for
>>>
>>> Sent from Bloomberg Professional for iPhone
>>>
>>> ----- Original Message -----
>>> From: Mark Nordlicht
>>> To: ZEKE FAUX
>>> At: 14-Jun-2016 13:07:06
>>>
>>> no
>>>
>>> **From:** Zeke Faux (BLOOMBERG/ NEWSROOM:) [mailto: ]
>>> **Sent:** Tuesday, June 14, 2016 12:49 PM
>>> **To:** Mark Nordlicht
>>> **Subject:** RE: Platinum closing?
>>>
>>> Got it- on the record nothing?
>>>
>>> Sent from Bloomberg Professional for iPhone
>>>
>>> ----- Original Message -----
>>> From: Mark Nordlicht
>>> To: ZEKE FAUX

At: 14-Jun-2016 12:47:55

Off the record, sorry he has mole. I did an investor call but I didn't give him any info, he must have source who was on call;. I did stress situation is fluid. We haven't made any final decisions yet.

**From:** Zeke Faux (BLOOMBERG/ NEWSROOM:) [
**Sent:** Tuesday, June 14, 2016 12:44 PM
**To:** Mark Nordlicht
**Subject:** Platinum closing?

Mark, Do you have a statement about what's going on at platinum? Wsj is reporting you are unwinding main fund - Zeke

------------------------------------------------------------
Zeke Faux / Reporter / Bloomberg News / Office:
THIS E-MAIL IS FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN
CONFIDENTIAL AND PRIVILEGED INFORMATION.ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE
OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE
CONTACT THE SENDER BY REPLY E-MAIL AND DESTROY ALL COPIES OF THE ORIGINAL E-MAIL.
THIS E-MAIL IS FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN
CONFIDENTIAL AND PRIVILEGED INFORMATION.ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE
OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE
CONTACT THE SENDER BY REPLY E-MAIL AND DESTROY ALL COPIES OF THE ORIGINAL E-MAIL.

THIS E-MAIL IS FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN
CONFIDENTIAL AND PRIVILEGED INFORMATION.ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE
OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE
CONTACT THE SENDER BY REPLY E-MAIL AND DESTROY ALL COPIES OF THE ORIGINAL E-MAIL.

THIS E-MAIL IS FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN
CONFIDENTIAL AND PRIVILEGED INFORMATION.ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE
OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE
CONTACT THE SENDER BY REPLY E-MAIL AND DESTROY ALL COPIES OF THE ORIGINAL E-MAIL.

