# EXHIBIT B

F. #2016R00505

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Platinum Management (NY) LLC
Attn: David Ottensoser, CCO and GC
250 West 55th Street, 14th Floor
New York, NY 10019

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Court, Eastern District of New York<br>225 Cadman Plaza East, 5th Floor, Room N547<br>Brooklyn, New York 11201 | Date and Time:<br>June 22, 2016<br>10:00 A.M. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

### SEE ATTACHED RIDER



You may comply with this subpoena by sending the requested records to:
SA Craig Minsky, FBI - Squad C-35, 80-02 Kew Gardens Road, Kew Gardens, NY 11415; tel: 718-286-7340; email: craig.minsky@ic.fbi.gov

Date: 6/8/2016

**DOUGLAS C. PALMER**
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Winston M. Paes, AUSA
U.S. Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
(718) 254-6023

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

## RIDER TO GJ SUBPOENA

**Platinum Management (NY) LLC**
<u>Attn</u>: David Ottensoser, CCO and GC
250 West 55th Street, 14th Floor
New York, NY 10019

For the period from <u>January 1, 2010 to the present</u>, unless indicated otherwise:

Please provide the following materials:[1]

1. Organization charts of Platinum Management (NY) LLC and all its funds, affiliates, subsidiaries, and entities under its control (collectively, "Platinum").

2. List of employees and outside contractors with titles, general responsibilities, dates of employment and compensation information.

3. Any and all performance and valuation summaries or reports for Platinum, including Platinum Partners Value Arbitrage Fund, LP ("PPVA") and Platinum Partners Credit Opportunity Fund, LP ("PPCO").

4. List of all investors in Platinum, including PPVA and PPCO, along with the amount of their investment, the performance or returns on investment, amount of fees paid (with breakdown), and any redemptions.

5. Any and all communications with investors in Platinum, including PPVA and PPCO.

6. Any and all records, including communications to investors and auditors, concerning Platinum's assets under management, the investments in its portfolios, the valuation of assets, and the performance of the investments.

7. Any and all records, including communications (written or recorded), money transfers, internal memoranda and reports, audit reports and valuation reports, concerning Platinum's investments in: (i) Black Elk Energy Offshore Operations, LLC ("Black Elk"); (ii) Golden Gate Oil LLC ("Golden Gate"); (iii) Glacial Energy; (iv) AirDye Solutions LLC f/k/a Colorep Inc. ("AirDye"); (v) Minque Limited; (v) Implant Sciences Corp.; and (vi) China Horizon.

8. All policies, procedures, training materials and related documents.

\*   \*   \*

---

[1] To the extent possible, please provide the requested materials <u>in electronic format</u> and as a <u>Concordance load file</u>.