

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMK:ALC/LHE
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 5, 2017

BY HAND DELIVERY AND ECF

The Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Mark Nordlicht, et al.
           Criminal Docket No. 16-640 (DLI)

Dear Chief Judge Irizarry:

      The government writes respectfully to inquire as to whether the Court would like the government to file a brief response to the letter of the defendant Daniel Small filed in the above-referenced matter on May 3, 2017 (the "Small Letter"). See ECF No. 129. The Small Letter contains arguments in addition to what was contained in the filings of the defendant Mark Nordlicht in support of the pending motion. See ECF Nos. 107, 112, 126 & 127. If the Court would like a response from the government regarding the Small Letter, the government will file a brief response by Tuesday, May 9, 2017.

                                      Respectfully submitted,

                                      BRIDGET M. ROHDE
                                      Acting United States Attorney

                By:   /s/ Alicyn L. Cooley
                          Alicyn L. Cooley
                          Lauren Howard Elbert
                          Sarah M. Evans
                          Assistant U.S. Attorneys
                          (718) 254-6389 (Cooley)

cc:    Clerk of the Court (DLI) (by ECF)
       All counsel (by ECF)