UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY SHULSE, et al.<br>　　　　　　　Defendants | 4:16CR00640-DLI<br><br>ECF<br><br>**NOTICE OF MOTION TO ADMIT**<br>**COUNSEL PRO HAC VICE** |

TO: Opposing Counsel
　　　Assistant United States Attorney Winston Paes
　　　Assistant United States Attorney Alicyn Cooley

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Fertitta Reynal L.L.P. and a member in good standing of the Bar of the State of Texas and the Southern District of Texas, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendant Jeffrey Shulse. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: May 9, 2017

Respectfully submitted,

/s/ Joseph C. Magliolo

JOSEPH C. MAGLIOLO
Fertitta Reynal L.L.P.
815 Walker Street, suite 1553
Houston, Texas 77002
jmagliolo@frlaw.us; tish@frlaw.us
713.228.5900

## CERTIFICATE OF SERVICE

I certify that on May 9, 2017, a copy of this document was served on all counsel of record by email and through filing on the ECF System.

/s/ Joseph C. Magliolo

Joseph C. Magliolo

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with AUSA Winston Paes and that he informed me that the government is not opposed to the granting of this motion.

/s/ Joseph C. Magliolo

Joseph C. Magliolo