UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

vs

JEFFREY SHULSE, et al.

-----------------------------------------------------X

AFFIDAVIT OF Movant
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
4:16 cr 640 - DLI

State of New York
County of Kings

Joseph C. Magliolo, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Fertitta Reynal LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of Texas.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or (**have not**) been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] **have** or (**have not**) been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant Jeffrey Shulse.

Dated: May 9, 2017

NOTARIZED

[Signature: Retisha Swearington]

RETISHA SWEARINGTON
Notary Public, State of Texas
Comm. Expires 08-31-2020
Notary ID 128986659

[Signature: Joseph M Magliolo]
Signature of Movant
Firm Name Fertitta Roynal LLP
Address 815 Walker St, #1553
Houston, TX 77002
Email jmagliolo@frlaw.us
Phone 713.228.5900

2