

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

May 10, 2017

<u>**VIA CM/ECF**</u>

The Honorable Dora L. Irizarry
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>*United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-DLI</u>

Dear Chief Judge Irizarry:

  We represent defendant David Levy in the above-captioned matter. We write in response to the letter written on behalf of certain Platinum Fund investors entered on May 5, 2017 (the "Letter"). Dkt. No. 130. Among other things, these investors seek certain changes to the current management of PPVA and PPCO, as well as changes to the defendants' bail conditions such as allowing the defendants to work together out of the Platinum offices several days a week with representatives of the Receiver.

  Notwithstanding the requests made in the Letter, we wish to be clear that we are not seeking to modify the conditions of Mr. Levy's bail at this time. Mr. Levy continues to support the Receiver and the Liquidator's efforts on behalf of the investors, consistent with the bail conditions set by the Court. Should the Court, the Receiver, or the Liquidator believe there is any additional assistance that Mr. Levy can provide to Platinum investors, he is of course happy to comply.

        Respectfully submitted,

        WILSON SONSINI GOODRICH & ROSATI
        Professional Corporation

        s/ Morris J. Fodeman
        Morris J. Fodeman
        Michael S. Sommer

        *Counsel for Defendant David Levy*

Cc: All Counsel of Record (via CM/ECF)

AUSTIN BEIJING BOSTON BRUSSELS HONG KONG LOS ANGELES NEW YORK PALO ALTO
SAN DIEGO SAN FRANCISCO SEATTLE SHANGHAI WASHINGTON, DC WILMINGTON, DE