

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALC/LHE/SME
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 11, 2017

**By ECF and Email**

William A. Burck, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW, 11th Floor
Washington, D.C. 20001

Michael S. Sommer, Esq.
Wilson Sonsini Goodrich & Rosati P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

Gregory J. O'Connell, Esq.
De Feis O'Connell & Rose, P.C.
500 Fifth Avenue, Suite 2630
New York, New York 10110

Kevin J. O'Brien, Esq.
Ford O'Brien LLP
85 Broad Street, 28th floor
New York, New York 10004

Jonathan S. Sack, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg P.C.
565 Fifth Avenue
New York, New York 10017

Seth L. Levine, Esq.
Levine Lee LLP
650 Fifth Avenue, 13th Floor
New York, New York 10019

Michael D. Mann, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

      Re:    United States v. Mark Nordlicht, et al.
              Criminal Docket No. 16-640 (DLI)

Dear Counsel:

        Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure supplements the government's earlier disclosures by letters dated January 23, 2017, January 26, 2017, February 14, 2017, February 24, 2017, March 9, 2017, March 27, 2017, April 3, 2017, April 12, 2017, April 26, 2017 and May 5, 2017. The government again requests reciprocal discovery from the defendants.

        The government has made available at First Choice Copy ("First Choice"), for reproduction to the defendants, business records and other documents obtained by the United

States Securities and Exchange Commission ("SEC").[1] These records include documents obtained by the SEC Enforcement Division from:

| | |
|---|---|
| Advantage Capital Management | SEC-NY-09271-EPROD-000000693 - SEC-NY-09271-EPROD-000164462; SEC-NY-09271-EPROD-001952060 - SEC-NY-09271-EPROD-001952255 |
| Alirt Research | SEC-NY-09271-EPROD-001311482 - SEC-NY-09271-EPROD-001314286 |
| Alvarez & Marsal | SEC-NY-09271-EPROD-000164463 - SEC-NY-09271-EPROD-000172387; SEC-NY-09271-EPROD-000812783 - SEC-NY-09271-EPROD-000812886 |
| Aon Benfield | SEC-NY-09271-EPROD-000172388 – SEC-NY-09271-EPROD-000187659 |
| Apex | SEC-NY-09271-EPROD-001314287 - SEC-NY-09271-EPROD-001314330 |
| Apple Bank for Savings | SEC-NY-09271-EPROD-001308232 - SEC-NY-09271-EPROD-001311452 |
| Atlantic Coast Life | SEC-NY-09271-EPROD-000000001 - SEC-NY-09271-EPROD-000000692; SEC-NY-09271-EPROD-001311453 - SEC-NY-09271-EPROD-001311481; SEC-NY-09271-EPROD-001952057 - SEC-NY-09271-EPROD-001952189 |
| B Asset Manager | SEC-NY-09271-EPROD-000187660 - SEC-NY-09271-EPROD-000750859 |
| BancCorp South Bank | SEC-NY-09271-EPROD-001952182 - SEC-NY-09271-EPROD-001952182 |
| Bank of America | SEC-NY-09271-EPROD-001314332 - SEC-NY-09271-EPROD-001344882; |

---

[1] Certain of the bank records contained in this production duplicate records previously produced to you by the government in discovery in this case, including by letters dated January 23, 2017 and April 3, 2017.

|  | SEC-NY-09271-EPROD-001952172 - SEC-NY-09271-EPROD-001952172 |
|---|---|
| Bank of New York Mellon | SEC-NY-09271-EPROD-000812763 - SEC-NY-09271-EPROD-000812782; SEC-NY-09271-EPROD-001952171 - SEC-NY-09271-EPROD-001952171 |
| Bank of Utah | SEC-NY-09271-EPROD-001344883 - SEC-NY-09271-EPROD-001345109 |
| BDO | SEC-NY-09271-EPROD-000750860 - SEC-NY-09271-EPROD-000807753 |
| Brown Brothers Harriman | SEC-NY-09271-EPROD-001314331 - SEC-NY-09271-EPROD-001314331; SEC-NY-09271-EPROD-001952183 - SEC-NY-09271-EPROD-001952183 |
| Capital One | SEC-NY-09271-EPROD-001345110 - SEC-NY-09271-EPROD-001369797; SEC-NY-09271-EPROD-001369785 - SEC-NY-09271-EPROD-001369788 |
| Charles Schwab | SEC-NY-09271-EPROD-001564455 - SEC-NY-09271-EPROD-001564463 |
| Citibank | SEC-NY-09271-EPROD-001369798 - SEC-NY-09271-EPROD-001378756 |
| CNO Financial Group | SEC-NY-09271-EPROD-000812887 - SEC-NY-09271-EPROD-000828390 |
| CohnReznick | SEC-NY-09271-EPROD-000828391 - SEC-NY-09271-EPROD-000999049 |
| Credit Suisse | SEC-NY-09271-EPROD-000999050 - SEC-NY-09271-EPROD-000999052 |
| Cross River Bank | SEC-NY-09271-EPROD-001378757 - SEC-NY-09271-EPROD-001447451; SEC-NY-09271-EPROD-001952185 - SEC-NY-09271-EPROD-001952185 |

| | |
|---|---|
| Dechert | SEC-NY-09271-EPROD-003714334 - SEC-NY-09271-EPROD-003732417 |
| DeGolyer & MacNaughton | SEC-NY-09271-EPROD-000999053 - SEC-NY-09271-EPROD-001035231 |
| Dennis Corkran | SEC-NY-09271-EPROD-003739697 - SEC-NY-09271-EPROD-003743283 |
| DTC | SEC-NY-09271-EPROD-001447452 - SEC-NY-09271-EPROD-001447739 |
| Duff & Phelps | SEC-NY-09271-EPROD-001035232 - SEC-NY-09271-EPROD-001195409; SEC-NY-09271-EPROD-001952051 - SEC-NY-09271-EPROD-001952188 |
| E*Trade | SEC-NY-09271-EPROD-001447854 - SEC-NY-09271-EPROD-001447892 |
| ED&F Man Capital Markets | SEC-NY-09271-EPROD-001447740 - SEC-NY-09271-EPROD-001447853 |
| Edward Jones | SEC-NY-09271-EPROD-001952184 - SEC-NY-09271-EPROD-001952184 |
| Egan Jones | SEC-NY-09271-EPROD-001952266 - SEC-NY-09271-EPROD-001954229 |
| Ernst & Young | SEC-NY-09271-EPROD-001195410 - SEC-NY-09271-EPROD-001195633 |
| Fifth Third Bank | SEC-NY-09271-EPROD-001447893 - SEC-NY-09271-EPROD-001447956; SEC-NY-09271-EPROD-001952173- SEC-NY-09271-EPROD-001952173 |
| First National Bank of Central Texas | SEC-NY-09271-EPROD-001954230 - SEC-NY-09271-EPROD-001955015; SEC-NY-09271-EPROD-001217311 - SEC-NY-09271-EPROD-001237343 |
| Fund Administration | SEC-NY-09271-EPROD-001447957 - SEC-NY-09271-EPROD-001448540 |

| Fuzion | SEC-NY-09271-EPROD-001195634 - SEC-NY-09271-EPROD-001217308 |
|---|---|
| Goldman Sachs | SEC-NY-09271-EPROD-001448541 - SEC-NY-09271-EPROD-001448697 |
| Interactive Brokers | SEC-NY-09271-EPROD-001448698 - SEC-NY-09271-EPROD-001449131 |
| JP Morgan Chase | SEC-NY-09271-EPROD-003743284 - SEC-NY-09271-EPROD-003743602; SEC-NY-09271-EPROD-001449132 - SEC-NY-09271-EPROD-001480664 |
| KPMG | SEC-NY-09271-EPROD-001956915 - SEC-NY-09271-EPROD-001964498; SEC-NY-09271-EPROD-001237344 - SEC-NY-09271-EPROD-001246755 |
| Lincoln Partners Advisors | SEC-NY-09271-EPROD-001246756 - SEC-NY-09271-EPROD-001248138 |
| M&T Bank | SEC-NY-09271-EPROD-001484720 - SEC-NY-09271-EPROD-001496087; SEC-NY-09271-EPROD-001952050 |
| Maybank Kim Eng Securities | SEC-NY-09271-EPROD-001484712 - SEC-NY-09271-EPROD-001484717 |
| Merrill Lynch | SEC-NY-09271-EPROD-001250771 - SEC-NY-09271-EPROD-001250789; SEC-NY-09271-EPROD-001952256 - SEC-NY-09271-EPROD-001952256 |
| Metropolitan Bank | SEC-NY-09271-EPROD-001480665 - SEC-NY-09271-EPROD-001484711; SEC-NY-09271-EPROD-001491161 - SEC-NY-09271-EPROD-001491184 |
| Morgan Stanley | SEC-NY-09271-EPROD-001484718 - SEC-NY-09271-EPROD-001484718 |
| Motorists Life Insurance Company | SEC-NY-09271-EPROD-001248139 - SEC-NY-09271-EPROD-001254391 |

| | |
|---|---|
| National Financial Services | SEC-NY-09271-EPROD-001496088 - SEC-NY-09271-EPROD-001496091 |
| Netherland Sewell | SEC-NY-09271-EPROD-001254392 - SEC-NY-09271-EPROD-001308231 |
| New York Commercial Bank | SEC-NY-09271-EPROD-003752991 – SEC-NY-09271-EPROD-003755971 |
| New York Department of Financial Services | SEC-NY-09271-EPROD-003755972 - SEC-NY-09271-EPROD-003757872; SEC-NY-09271-EPROD-003757903 - SEC-NY-09271-EPROD-003757976; SEC-NY-09271-EPROD-003758328 - SEC-NY-09271-EPROD-003758351 |
| Nomura Securities | SEC-NY-09271-EPROD-001496092 - SEC-NY-09271-EPROD-001501317; SEC-NY-09271-EPROD-001952257- SEC-NY-09271-EPROD-001952257 |
| Old Mutual (Bermuda) Holdings Ltd | SEC-NY-09271-EPROD-001964499 - SEC-NY-09271-EPROD-001968325 |
| Pennsylvania Department of Insurance | SEC-NY-09271-EPROD-001501922 - SEC-NY-09271-EPROD-001502077 |
| Pershing | SEC-NY-09271-EPROD-001501318 - SEC-NY-09271-EPROD-001501921 |
| Platinum Partners | SEC-NY-09271-EPROD-003714333 - SEC-NY-09271-EPROD-003732418 |
| PNC Bank | SEC-NY-09271-EPROD-001502078 - SEC-NY-09271-EPROD-001502539 |
| RBSM | SEC-NY-09271-EPROD-001502540 - SEC-NY-09271-EPROD-001564452 |
| SEC Office of Compliance Inspections and Examinations | SEC-NY-09271-EPROD-001955016 - SEC-NY-09271-EPROD-003714332; SEC-NY-09271-EPROD-003758352 - SEC-NY-09271-EPROD-003791255 |

| | |
|---|---|
| Senior Health Insurance Company of Pennsylvania | SEC-NY-09271-EPROD-001196040 - SEC-NY-09271-EPROD-001217310 |
| Signature Bank | SEC-NY-09271-EPROD-003791256 - SEC-NY-09271-EPROD-003791258; SEC-NY-09271-EPROD-001564464 - SEC-NY-09271-EPROD-001700771; SEC-NY-09271-EPROD-001939060- SEC-NY-09271-EPROD-001939068 |
| Smyser Kaplan & Veselka | SEC-NY-09271-EPROD-000807754 - SEC-NY-09271-EPROD-000812762 |
| SS&C | SEC-NY-09271-EPROD-001939069 - SEC-NY-09271-EPROD-001941084; SEC-NY-09271-EPROD-001952049 - SEC-NY-09271-EPROD-001952049; SEC-NY-09271-EPROD-001952174 - SEC-NY-09271-EPROD-001952265 |
| Sterling National Bank | SEC-NY-09271-EPROD-001700772 - SEC-NY-09271-EPROD-001708500 |
| Sterling Valuation | SEC-NY-09271-EPROD-001941085 - SEC-NY-09271-EPROD-001941762 |
| Sterne Agee | SEC-NY-09271-EPROD-001564453 - SEC-NY-09271-EPROD-001564454 |
| Stifel Nicolaus Company | SEC-NY-09271-EPROD-001708501 - SEC-NY-09271-EPROD-001708504 |
| TD Ameritrade | SEC-NY-09271-EPROD-001708505 - SEC-NY-09271-EPROD-001708509 |
| TD Bank | SEC-NY-09271-EPROD-001708510 - SEC-NY-09271-EPROD-001709387 |
| The Bermuda Monetary Authority | SEC-NY-09271-EPROD-003732419 - SEC-NY-09271-EPROD-003739696 |
| UBS Financial Services | SEC-NY-09271-EPROD-001709388 - SEC-NY-09271-EPROD-001709391 |

| | |
|---|---|
| ULICO | SEC-NY-09271-EPROD-001709392 - SEC-NY-09271-EPROD-001907198 |
| Union Bank | SEC-NY-09271-EPROD-001907199 - SEC-NY-09271-EPROD-001909933 |
| Valley National Bancorp | SEC-NY-09271-EPROD-001909934 - SEC-NY-09271-EPROD-001910766 |
| Wedbush | SEC-NY-09271-EPROD-001910767 - SEC-NY-09271-EPROD-001910771 |
| Wells Fargo | SEC-NY-09271-EPROD-001910772 – SEC-NY-09271-EPROD-001939059 |
| White Oak Global Advisors | SEC-NY-09271-EPROD-001941763 - SEC-NY-09271-EPROD-001952048 |

You may obtain copies of the materials listed above by contacting Joseph Meisner at First Choice at 718-381-1480, extension 212, and referencing the print order number provided by email. First Choice is located at 52-08 Grand Avenue, Maspeth, New York 11378.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York

By: _____/s/_____
Alicyn L. Cooley
Lauren H. Elbert
Sarah M. Evans
Assistant U.S. Attorneys
(718) 254-6389 (Cooley)

cc: Clerk of the Court (DLI) (by ECF) (w/o enclosures)