CRIMINAL CAUSE FOR STATUS CONFERENCE

Before:   Dora L. Irizarry, Chief U.S.D.J.          Date:  May 12, 2017          Time in Court:   1:05

Docket Number:  16-CR-640 USA v. Nordlicht et al.

Deft:   Mark Nordlicht (1)          Attorney:          Daniel Koffman and William Burck

Deft:   David Levy (2)          Attorney:          Michael S. Sommer, Morris Fodeman,
                                                                      and Katherine T. McCarthy

Deft:   Uri Landesman (3)          Attorney:          Gregory J. O'Connell and Peter J. Sluka, Jr.,

Deft:   Joseph Sanfilippo (4)          Attorney:          Kevin J. O'Brien and Adam Pollock

Deft:   Joseph Mann (5)          Attorney:          Benjamin Fischer and Jonathan S. Sack

Deft:   Daniel Small (6)          Attorney:          Scott B. Klugman, Seth L. Levine, and
                                                                      David J. Lizmi

Deft:   Jeffrey Shulse (7)          Attorney:          F. Andino Reynal, David M. Rody,
                                                                      Michael D. Mann, and Sonia Marquez

AUSA(s):          Alicyn Cooley and Sarah Evans

Court Reporter:          Holly Driscoll   Courtroom Deputy:          Christy Carosella

- Status of discovery discussed in detail, including protective order(s). Discovery to be completed by end of July.
- Mr. Fodeman requests timeline for Government to comply with Brady obligations. Government directed to submit status report by June 30, 2017 indicating that its review has been conducted and outcome.
- Nordlicht's motion for unsealing/providing unredacted documents (DE 125)—order to be entered on the docket.
- Motion re alleged grand jury leaks—briefing schedule set. Any defendant who has not yet joined the request is precluded.
- Nordlicht's request to file exhibit A to DE 127 under seal addressed; Court requires clarification from SDNY judge (details stated on the record)—Government to report back on this issue by May 19, 2017.
- Parties advised of call from Holland & Knight received by chambers today, prior to conference, requesting permission to fax letter to chambers (denied). If any correspondence is received, copies will be provided to all parties.
- Letter from Saul Feder (DE 130) addressed. Court's concerns stated on the record and defendants advised that any interference by them may result in (1) revocation of bond; (2) additional charges. Court notes response from counsel for Mr. Levy; statements of Mr. Sommer heard. Additional statements made by all defense counsel (no modification of bond being requested by any defendant).
- Pro hac vice motion filed by Mr. Meringolo may be resubmitted.
- Further status conference scheduled for July 7, 2017 at 10:00 AM. Case previously deemed complex—time excluded between May 12 and July 7, 2017.