F. #2016R00505

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MARK NORDLICHT, et al.,

Defendants.

- - - - - - - - - - - - - - - - - - -X

PROTECTIVE ORDER   dli 5/12/17

16 CR 640 (DLI)

Before the Court is the application of the defendant Mark Nordlicht, for an Order pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i) directing the government to provide to the defendants, through their counsel, unredacted copies of the Government's Memorandum of Law in Opposition to Certain Defendants' Motion Alleging Disclosure to the Press in Violation of Fed. R. Crim. P. 6(e), dated April 26, 2017, ECF No. 122 (the "Government's Memorandum"), and Exhibit A to the Government's Memorandum, ECF No. 122-1 ("Exhibit A"). BRIDGET M. ROHDE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Alicyn Cooley, Lauren Elbert and Sarah Evans, has indicated by letter dated May 10, 2017 that the government does not object to entry of the instant Order. Upon consideration of Nordlicht's application and the government's May 10, 2017 letter, it is hereby:

ORDERED, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), that the government shall produce to the defendants, through their counsel, unredacted copies of the Government's Memorandum and Exhibit A, as such production is in connection with a judicial proceeding in the above-captioned case; and it is further

ORDERED that the defendants and their counsel may not disseminate or disclose the unredacted copies of the Government's Memorandum and Exhibit A to any other person.

Dated: Brooklyn, New York
May _12_, 2017

S/ Dora L. Irizarry
_____
THE HONORABLE DORA L. IRIZARRY
CHIEF UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK