# LEVINE LEE LLP
## NEW YORK

1500 Broadway, Suite 2501
New York, New York 10036
212 223 4400 main
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

September 16, 2022

**VIA ECF**

The Honorable Brian M. Cogan
United States District Judge – Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *United States v. Nordlicht, et al.*, 16-cr-00640

Dear Judge Cogan:

      We write on behalf of Defendant Daniel Small to respectfully request a further modification to the briefing schedule for Mr. Small's post-trial motions. The current schedule calls for Mr. Small's supporting brief(s) to be filed on September 19, 2022; the Government's opposition brief(s) to be filed on October 19, 2022; and Mr. Small's reply brief(s) to be filed on November 2, 2022. (*See* Sept. 7, 2022 Text-Only Order.) Due to certain scheduling issues, Mr. Small requests one final extension of his time to file his opening papers. Mr. Small proposes the following modified schedule, which the Government consents to:

- September 23, 2022: Mr. Small's supporting brief(s) due;
- October 24, 2022: Government's opposition brief(s) due; and
- November 7, 2022: Mr. Small's reply brief(s) due.[1]

      We appreciate the Court's consideration of this request.

                                           Respectfully submitted,

                                           /s/ Seth L. Levine
                                           Seth L. Levine
                                           Paul A. Murphy
                                           Alison M. Bonelli

cc: All Counsel of Record (via ECF)

---

[1] Mr. Small reserves the right to seek additional time to file his reply papers, if necessary.