# LEVINE LEE LLP
## NEW YORK

1500 Broadway, Suite 2501
New York, New York 10036
212 223 4400 main
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

November 1, 2022

**VIA ECF**

The Honorable Brian M. Cogan
United States District Judge – Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *United States v. Nordlicht, et al.*, 16-cr-00640

Dear Judge Cogan:

We write on behalf of Defendant Daniel Small to respectfully request a brief extension of time to file his reply in support of his post-trial motions. The current schedule calls for Mr. Small to file his reply by November 11, 2022. Consistent with our discussions with the Court when the briefing schedule was initially set (*see* Tr. 1849), Mr. Small respectfully requests an extension from November 11, 2022 to November 21, 2022. The Government does not object to Mr. Small's request.

We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Seth L. Levine
Seth L. Levine
Paul A. Murphy
Alison M. Bonelli

cc: All Counsel of Record (via ECF)