# NOTICE OF APPEAL

## UNITED STATES DISTRICT COURT

<u>     Eastern     </u> District of <u>     New York     </u>

**UNITED STATES OF AMERICA**

- against -

**David Levy,**

**Defendant.**

Docket Number <u>     16-CR-640 (BMC)     </u>

<u>     The Honorable Brian M. Cogan     </u>
(District Court Judge)

Notice is hereby given that <u>     the United States of America     </u> appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment <u>     </u>; Order <u> x </u>; Other <u>     </u>; <u>granting motions for acquittal and new trial</u>
(specify)

entered in this action on <u>     July 12, 2023     </u>.
(specify)

Offense occurred after November 1, 1987   Yes <u> X </u>   No <u>     </u>.

The appeal concerns: <u>order granting motions for judgment of acquittal and new trial</u>.

Date <u>     August 11, 2023     </u>          <u>     Nick M. Axelrod, AUSA     </u>
                                                          (Counsel for Appellant)

TO:   Michael Sommer, Esq.                    Address:   United States Attorney's Office - EDNY
      Wilson Sonsini Goodrich & Rosati, P.C.              271-A Cadman Plaza East
      1301 Avenue of the Americas, 40th Floor             Brooklyn, New York, 11201
      New York, New York 10019                            Telephone Number:   718-254-6883
      (212) 497-7728                                      E-Mail: nicholas.axelrod@usdoj.gov
      msommer@wsgr.com

ADD ADDITIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)

| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER    ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|
| <u>   </u>  I am ordering a transcript.<br><u> X </u>  I am not ordering a transcript.<br>Reason:<br><u>   </u>  Daily copy is available<br><u> X </u>  U.S. Attorney has placed order<br><u>   </u>  Other. Attach explanation | Dates<br>Prepare transcript of<br><u>   </u>  Pre-trial proceedings <u>                    </u><br><u>   </u>  Trial <u>                                       </u><br><u>   </u>  Sentence <u>                                  </u><br><u>   </u>  Post-trial proceedings <u>                  </u> |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶ Method of payment __ Funds __ CJA Form 24 _X_ U.S. Attorney's Office Will Pay

ATTORNEY'S signature           /s/                              Date **August 11, 2023**

▶ COURT REPORTER ACKNOWLEDGMENT     To be completed by Court Reporter and forwarded to Court of Appeals.

| **Date order received** | **Estimated completion date** | **Estimated number of pages** |
|---|---|---|
|  |  |  |

Date <u>                              </u>   Signature <u>                                             </u>
                                                                      (Court Reporter)

COPY - ORIGINAL
*U.S. GPO: 2001-611-552/60002