

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**ANDREW J. LEVANDER**

andrew.levander@dechert.com
+1 212 698 3683  Direct
+1 212 698 3599  Fax

December 7, 2023

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-BMC (E.D.N.Y.)

Dear Judge Cogan:

      We represent defendant Mark Nordlicht in the above-reference matter.  After conferring with the government on its availability, we write to request a sentencing date for Mr. Nordlicht on either January 17, 2024 between 11:00am and 4:00pm or in the afternoon on January 18, 2024.  We hope the Court can accommodate one of these dates.

      Respectfully,

      /s/ *Andrew J. Levander*

      Andrew J. Levander
      Steven A. Engel
      Three Bryant Park
      1095 Avenue of the Americas
      New York, NY 10036
      (212) 698-3683
      andrew.levander@dechert.com

      *Counsel for Mark Nordlicht*

cc:  All Counsel (via ECF)