

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**ANDREW J. LEVANDER**

andrew.levander@dechert.com
+1 212 698 3683  Direct
+1 212 698 3599  Fax

July 11, 2024

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-BMC (E.D.N.Y.)

Dear Judge Cogan:

      We represent defendant Mark Nordlicht.  Pursuant to Your Honor's Individual Rules of Practice, and having conferred with the government, we write to confirm that both parties are prepared to proceed with Mr. Nordlicht's sentencing on July 16, 2024 at 3:00 PM.

      Respectfully,

      /s/ *Andrew J. Levander*

      Andrew J. Levander
      Steven A. Engel
cc:  All Counsel (via ECF)      Three Bryant Park
      1095 Avenue of the Americas
      New York, NY 10036
      (212) 698-3683
      andrew.levander@dechert.com

      *Counsel for Mark Nordlicht*